## Chocallo, Appellant, v. Janoski.

Argued April 21, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Wanda P. Chocallo,* appellant, in propria persona.

*Stanley L. Kubacki,* with him *Lucian Pazulski,* for appellees.

*Michael L. Temin,* with him *Wolf, Block, Schorr & Solis-Cohen,* for appellee.

OPINION PER CURIAM, September 29, 1965:
Decree affirmed, each party to bear own costs.